# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REYLYND HODGE,

                Plaintiff,

     v.

NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,

             Defendant.

Case No. LA CV 16-2723 JCG

**JUDGMENT**

     IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: April 02, 2018

_____
Hon. Jay C. Gandhi
United States Magistrate Judge